# EXHIBIT A

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

Registration Number

**PAu 3-762-377**

Effective Date of Registration:
April 06, 2015

## Title

| | |
|---|---|
| Title of Work: | Good Kill |
| Previous or Alternate Title: | Drones |

## Completion/Publication

| | |
|---|---|
| Year of Completion: | 2014 |

## Author

| | |
|---|---|
| Author: | Clear Skies Nevada, LLC |
| Author Created: | entire motion picture |
| Work made for hire: | Yes |
| Domiciled in: | United States |

## Copyright Claimant

| | |
|---|---|
| Copyright Claimant: | Clear Skies Nevada, LLC |
| | 116 North Robertson Boulevard, Suite 200, Los Angeles, CA, 90048, United States |

## Limitation of copyright claim

| | |
|---|---|
| Material excluded from this claim: | script/screenplay |
| Previous registration and year: | PAu003726363 |
| New material included in claim: | all other cinematographic material, additional new footage, production as a motion picture, editing, photography, dialogue, music, special effects |

## Certification

| | |
|---|---|
| Name: | Emilie Kennedy |
| Date: | February 27, 2015 |

| | |
|---|---|
| Correspondence: | Yes |

# EXHIBIT B

| No | IP | HitDate UTC (mm/dd/yy) | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|
| 8 | 71.194.24.131 | 4/24/15 02:25:18 AM | Good.Kill.2014.1080p.BluRay.x264.DD5.1-RARBG | SHA1: BA029D10B9C2DCAFB04D48E083A239A45C8ACF46 | Comcast Cable | Illinois | Chicago | Cook |